IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TAYLOR LYNN EDENFIELD,                    *

          Plaintiff,                    *

v.                                        Case No.   5:24-cv-00334-CHW

                              *

COMMISSIONER OF SOCIAL SECURITY,

                              *

          Defendant.                    *

                              *

## J U D G M E N T

Pursuant to this Court's Order dated September 12, 2025, and for the reasons stated therein, the

Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 12th day of September, 2025.

.

                        David W. Bunt, Clerk

                        s/ Erin Pettigrew, Deputy Clerk